# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**ARLENE PITTS**                                                        **PLAINTIFF**

**V.**                        **1:06CV00003-BD**

**JO ANNE B. BARNHART,**
**Commissioner, Social Security Administration**                        **DEFENDANT**

## JUDGMENT

Pursuant to the Order (#18) filed in this matter on February 5, 2007, it is

considered, ordered and adjudged that the decision of the Commissioner is affirmed and

that Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED this 15th day of February, 2007.

_____
U. S. MAGISTRATE JUDGE